# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL.

NO. 2021 CW 1519

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL.

**FEBRUARY 14, 2022**

---

In Re:   Texas Brine Company, LLC applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE:   WELCH, THERIOT, AND HESTER, JJ.**

**WRIT GRANTED.** The burden of proving the facts essential to support the objection of res judicata is on the party pleading the objection. If any doubt exists as to the application of res judicata, the objection must be overruled and the second lawsuit maintained. **Landry v. Town of Livingston Police Dept.**, 2010-0673 (La. App. 1st Cir. 12/22/10), 54 So.3d 772, 776. As the parties who filed the exception, it was incumbent on National Union Fire Insurance Company of Pittsburg, Pa and AIG Specialty Insurance Company (collectively, National) to introduce evidence to support the exception. Our review of the trial transcript shows that neither National nor Texas Brine Company, LLC offered, filed, or introduced any evidence into the record at the hearing on National's exception of res judicata. Without evidence, National could not meet its burden of proof on the exception. We, therefore, grant this writ application, reverse the trial court's July 16, 2021 ruling sustaining National's exception of res judicata, and deny same.

**JEW**
**MRT**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT